# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Eyup Havar,

        Petitioner,

v.

Unknown Party, et al.,

        Respondents.

No. CV-26-02190-PHX-DJH (JFM)

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention. Petitioner argued he entered the United States in 2023 and was released on his own recognizance.  (*Id.*)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 7.)  Respondents' response stated Respondents do not oppose Petitioner's request for release from custody.

(Doc. 11.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 8th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge